IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRUCE AUDINO<br>    Plaintiff<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE<br>COMPANY<br>    Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 4:15-cv-197 |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Bruce Audino and Defendant Hartford Casualty Insurance who, pursuant to a settlement agreement executed by Plaintiff and Defendant, now jointly move this Court for the entry of an order dismissing all of Plaintiff's claims in the captioned lawsuit against Defendant with prejudice, with each party to bear its own costs.

WHEREFORE, the parties request that the Court grant this Joint Motion to Dismiss and enter an order dismissing this case.

Respectfully submitted,

_____
Martin R. Sadler
Texas Bar No. 00788842
Federal Id No. 18230
msadler@lawla.com
Marjorie M. Salazar
Texas Bar No. 24033030
Federal Id No. 1121045
msalazar@lawla.com
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
  A LAW CORPORATION
815 Walker Street, Suite 1447
Houston, Texas 77002
Telephone:  (713) 222-1990
Facsimile:  (713) 222-1996

ATTORNEYS FOR DEFENDANT HARTFORD
CASUALTY INSURANCE COMPANY

_____
Carla Delpit
Texas Bar No. 24082183
cdelpit@fittslawfirm.com
Bryant Fitts
Texas Bar No. 24040904
bfitts@fittslawfirm.com
FITTS LAW FIRM, PLLC
2700 Post Oak Blvd.
Suite 1120
Houston, Texas 77056
Telephone: (713) 871-1670
Facsimile: (713) 583-1492

ATTORNEYS FOR PLAINTIFF,
BRUCE AUDINO

## CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of August, 2015, a copy of the foregoing has been served on all counsel of record in this action by electronic service and by facsimile to:

Bryant Fitts
Carla Delpit
FITTS LAW FIRM, PLLC
2700 Post Oak Blvd.
Suite 1120
Houston, Texas 77056
Telephone: (713) 871-1670
Facsimile: (713) 583-1492

_____
Martin R. Sadler