\*\* NOT FOR PRINTED PUBLICATION \*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRUCE AUDINO, | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION No. 4:15-cv-197 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| HARTFORD CASUALTY INS. CO., | § | BRC |
| | § | |
| *Defendant*. | § | |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

The parties to this action have executed a settlement agreement filed a "Joint Motion to Dismiss with Prejudice." (Dkt. # 14). On the joint motion of the parties, this case is dismissed with prejudice; costs of court will be paid by the party incurring them.

So **ORDERED** and **SIGNED** this **17** day of **August, 2015.**

_____
Ron Clark, United States District Judge